19 N.Y.3d 860 (2012)
969 N.E.2d 785
2012 NY Slip Op 74695
VBH LUXURY, INCORPORATED, Plaintiff,
v.
940 MADISON ASSOCIATES LLC, Defendant and Third-Party Plaintiff-Respondent.
EXCELSIOR INSURANCE COMPANY, Third-Party Defendant-Appellant, et al., Third-Party Defendant.
Motion No: 2012-331.
Court of Appeals of New York.
Submitted March 26, 2012.
Decided May 31, 2012.
Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 18 NY3d 899 (2012)].